**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

ANTONIO ROBINSON                                                                                    PLAINTIFF
ADC #108305

v.                                         No. 5:07CV00243 JLH/JTR

DR. JAMES BLACKMAN,
Cummins Unit, ADC, *et al*.                                                                    DEFENDANTS

## JUDGMENT

Consistent with the Order of Dismissal that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that, pursuant to Local Rule 5.5(c)(2), this case is DISMISSED, WITHOUT PREJUDICE, due to Plaintiff's failure to timely and properly comply with the Court's September 20, 2007 Order.  Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order of Dismissal would not be taken in good faith.

Dated this 26th day of October, 2007.

_____
UNITED STATES DISTRICT JUDGE